IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

AT NASHVILLE

JANUARY SESSION, 1998

FILED

February 23, 1998

Cecil W. Crowson
Appellate Court Clerk

| | | |
|---|---|---|
| **STATE OF TENNESSEE,** | ) | **C.C.A. NO. 01C01-9705-CR-00179** |
| | ) | |
| Appellee, | ) | |
| | ) | **SMITH COUNTY** |
| **V.** | ) | |
| | ) | |
| | ) | **HON. J.O. BOND, JUDGE** |
| **LANDY G. KASH,** | ) | |
| | ) | |
| Appellant. | ) | **(DUI THIRD OFFENSE)** |

**FOR THE APPELLANT:**

**JACKY O. BELLAR**
BELLAR & BELLAR
212 Main Street
P.O. Box 332
Carthage, TN  37030

**FOR THE APPELLEE:**

**JOHN KNOX WALKUP**
Attorney General & Reporter

**CLINTON J. MORGAN**
Assistant Attorney General
2nd Floor, Cordell Hull Building
425 Fifth Avenue North
Nashville, TN  37243

**TOM P. THOMPSON, JR.**
District Attorney General

**H. DOUGLAS HALL**
Assistant District Attorney General
111 Cherry Street
Lebanon, TN  37087-3609

OPINION FILED _____

APPEAL DISMISSED

THOMAS T. WOODALL, JUDGE

# OPINION

After being convicted of DUI, third offense, and driving on a revoked license following a jury trial, the Defendant, Landy G. Kash, filed a Motion for New Trial on December 12, 1996. There is no order in the record either granting or denying that motion. There is a handwritten notation on the motion that it was overruled, but the judge's signature does not appear in the notation. However, for an order to be valid, it must be in writing and it must be entered in the court's minutes. See Evans v. Perkey, 647 S.W.2d 636, 641 (Tenn. App. 1982); Welch v. State, 553 S.W.2d 917, 919-20 (Tenn. Crim. App. 1977). The time for appeal runs from the entry of a proper order denying a new trial. Tenn. R. App. P. 4(c).

In Hutchison v. ARO Corp., 653 S.W.2d 738, 740 (Tenn. App. 1983), the court held that in the absence of a ruling on the motion for new trial, there has been no final disposition in the lower court, and that accordingly, there is no appeal as of right and the notice of appeal is of no effect. This Court's appellate jurisdiction is limited to review of the final judgments of trial courts, and therefore, we cannot entertain this appeal as we are without jurisdiction to do so. Tenn. Code Ann. § 16-5-108(a). The appeal is therefore dismissed.

_____
THOMAS T. WOODALL, Judge

CONCUR:


_____
DAVID H. WELLES, Judge

_____
JERRY L. SMITH, Judge